Sarah J. Moran, Appellant, v. Chicago Title and Trust Company, Trustee, and Cochran & McCluer Company, Appellees.

Gen. No. 41,121.

opinion filed October 1, 1940; rehearing denied October 15, 1940. John A. Bloomingston, for appellant; Hinshaw & Culbertson, for appellees; Oswell G. Treadway of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''